

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00184-CR
No. 02-25-00185-CR

_____

MALCOLM JAMAL WALLS, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court Nos. 1732611, 1818392

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

Appellant Malcolm Jamal Walls pleaded guilty to charges of murder and aggravated robbery, *see* Tex. Penal Code Ann. §§ 19.02, 29.03, and the trial court assessed his punishment at 25 years' concurrent confinement for each charge. Walls, proceeding pro se, attempts to appeal both convictions.[1] But as part of his plea agreement, Walls waived his right to appeal. Indeed, the trial court signed certifications of Walls's right to appeal—which Walls also signed—stating that each case "is a plea-bargain case, and the defendant has NO right of appeal."

After receiving Walls's notice of appeal concerning both cases, we notified him that we had received the trial court's certifications. We warned him that the appeals could be dismissed unless he or another party filed a response showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response.

Thus, in accordance with the trial court's certifications, we dismiss Walls's appeals for lack of jurisdiction. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Menendez v. State*, No. 02-24-00033-CR, 2024 WL 1207297, at *1 (Tex. App.—Fort Worth Mar. 21, 2024, no pet.) (mem. op., not designated for publication).

---

[1]Walls's handwritten notice of appeal referenced his murder case as No. 1748789, but the record shows that that case was refiled as No. 1818392, which appears on the trial court's judgment.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: August 7, 2025